JOSEPH SAWYER et al., Respondents, v. DANIEL E. SICKLES, as Sheriff of the City and County of New York, Appellant.

APPEAL from order.

*Hays & Greenbaum*, for appellant.

*Gruber, Bard & Landon*, for respondent.

McCARTHY, J. If this matter came up under the old procedure, I feel the appellant would be correct.

The only guide as to the cause of action is the complaint, no matter what provisional remedy may have been used.

The appellant may move to set aside whatever steps have been taken in the direction of replevin on the ground that the action is one of conversion.

Under the liberal construction placed on pleadings we see no other way.

Order affirmed; no costs.

FITZSIMONS and CONLAN, JJ., concur.
Order affirmed, without costs.